**DISMISS and Opinion Filed April 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00069-CV

**TRACEY HANDSOME AND DEBRA HANDSOME, Appellants**
**V.**
**U.S. BANK TRUST, N.A., AS TRUSTEE FOR**
**LSF8 MASTER PARTICIPATION TRUST, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05344-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

By letter dated March 7, 2017 the Court questioned its jurisdiction over this appeal because the notice of appeal was untimely. The notice of appeal was, however, filed within fifteen days of the deadline. For this reason, we informed appellants that they could remedy the timeliness problem by filing, by March 17, 2017, a motion for extension of time to file the notice of appeal. *See* Tex. R. App. P. 26.3. We cautioned appellants that failure to file an extension motion by the specified date may result in dismissal of the appeal for want of jurisdiction without further notice. As of today's date, appellants have not filed an extension motion.

Absent a timely post-judgment motion extending the appellate timetable, a notice of appeal is due thirty days after the date the judgment is signed or, with an extension motion, forty-

five days after the date the judgment is signed. *See* Tex. R. App. P. 26.1, 26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* Tex. R. App. P. 25.1(b).

The trial court signed the judgment on November 11, 2016. Appellants did not file a timely post-judgment motion extending the appellate timetable. Accordingly, the notice of appeal was due on Monday, December 12, 2016. *See* Tex. R. App. P. 4.1(a), 26.1. Appellants filed a notice of appeal on December 27, 2016.

Appellants failed to file a timely notice of appeal or seek an extension of time. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170069F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRACEY HANDSOME AND DEBRA
HANDSOME, Appellants

No. 05-17-00069-CV     V.

U.S. BANK TRUST, N.A., AS TRUSTEE
FOR LSF8 MASTER PARTICIPATION
TRUST, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-16-05344-D.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST recover the costs of this appeal from appellants TRACEY HANDSOME AND DEBRA HANDSOME.

Judgment entered April 26, 2017.